UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02500-SVW | Date | March 25, 2021 |
|---|---|---|---|
| Title | *Randis LLC v. Magic Lantern Films LLC* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER SUA SPONTE REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT.

Plaintiff's complaint asserts only $60,000 in damages, which is insufficient for diversity jurisdiction. Moreover, it appears from Defendant's notice of related case that two different films were produced—*i.e.*, the two allegedly related cases involve different transactions or occurrences. *See* Dkt. 8 (noting that the distinguishing factors between the two contracts are "the name of the film project" and that Plaintiff "alleges and accuses the defendant of purported budget overages in both matters"). Either two different films were produced—in which case the claims do not arise out of the same transaction or occurrence—or a single film was produced and damages will not exceed $60,000.

Accordingly, the Court sua sponte ORDERS that the case is REMANDED to Los Angeles County Superior Court.

IT IS SO ORDERED.

:
Initials of Preparer  PMC